EXHIBIT A

ID# E-SDM35CN4-TQM
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**24-A-2711**

JUN 04, 2024 02:10 PM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER 24-A-2711

$248.00 COST PAID

Sessa, Patricia

**PLAINTIFF**

**VS.**

Publix Super Markets, Inc.

**DEFENDANT**

## SUMMONS

TO: PUBLIX SUPER MARKETS, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**James Berrigan**
**Monge & Associates**
**8205 Dunwoody Pl**
**Building 19**
**Atlanta, Georgia 30350**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 5th day of June, 2024.**

Clerk of State Court

STATE COURT OF COBB COUNTY, GEORGIA

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

ID# E-SDM35CN4-VMD
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
24-A-2711
JUN 04, 2024 02:10 PM
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

**IN THE STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| PATRICIA SESSA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No.: |
| | ) | |
| PUBLIX SUPER MARKETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT FOR DAMAGES**

COMES NOW, PATRICIA SESSA, the Plaintiff, (hereinafter referred to as "Plaintiff") by and through the undersigned Counsel of Record, and hereby files this Complaint against the above-named Defendant and shows this Court the following:

**PARTIES AND JURISDICTION**

1.

Plaintiff is a resident of the State of Georgia and subjects herself to the jurisdiction of this Court.

2.

Defendant Publix Super Markets, Inc. (hereinafter referred to as "Defendant Publix") is a foreign corporation company registered to do business in the State of Georgia. Pursuant to O.C.G.A. § 9-11-4(e)(1), it can be served with the Summons and Complaint by delivery of the same to its registered agent, Corporate Creations Network Inc., located at 2985 Gordy Parkway, 1st Floor, Marietta, Cobb County, Georgia 30060.

3.

Venue is proper in this Court pursuant to O.C.G.A. § 14-2-510(b)(4).

4.

This Court has jurisdiction over the above-named Defendant.

**BACKGROUND**

5.

On or about November 9, 2022, Plaintiff was shopping in the meat department of the Publix located at 6236 Holly Springs Pkwy, Woodstock, Cherokee County, Georgia 31088 (hereinafter referred to as the "Premises").

6.

At all times relevant to this claim, Defendant Publix owned and/or managed the Premises.

7.

On or about November 9, 2022, there was an unknown liquid on the floor of the Premises in the meat department.

8.

The unknown liquid on the floor in the meat department at the Premises constituted a hazardous condition (hereinafter referred to as the "Hazardous Condition").

9.

Plaintiff, despite the exercise of reasonable care, slipped and fell as a result of the Hazardous Condition.

10.

There was no signage in the vicinity of where Plaintiff slipped and fell indicating that the floors at the Premises were wet.

11.

At all times relevant to this claim, one or more of the above-named Defendant's employees could have remedied the Hazardous Condition by placing a wet floor sign near the location of the subject slip and fall.

12.

As a result of this slip and fall, Plaintiff suffered immediate and severe injuries to her back, arm, shoulder, and hip.

13.

Plaintiff's medical expenses were reasonable and necessary.

14.

As a result of the injuries Plaintiff sustained in the Incident, Plaintiff has incurred significant physical and mental pain and suffering as well as medical expenses in excess of $14,000.00.

15.

Plaintiff, despite the exercise of reasonable care, was unaware of the existence of the Hazardous Condition prior to the Incident.

## COUNT I: NEGLIGENCE OF DEFENDANT PUBLIX

16.

Plaintiff re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 15 above as though fully set forth herein.

17.

Under Georgia law, "[w]here an owner or occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe." O.C.G.A. § 51-3-1.

18.

Defendant Publix had a non-delegable duty to the Plaintiff to maintain safe premises at the Premises.

19.

Defendant Publix breached its non-delegable duty to the Plaintiff to maintain safe premises

at the Premises.

20.

Defendant Publix had actual and/or constructive knowledge of the Hazardous Condition at the Premises prior to the Incident.

21.

At least one (1) employee of Defendant Publix could have easily remedied the Hazardous Condition and prevented Plaintiff's injuries.

22.

Plaintiff lacked knowledge of the Hazardous Condition prior to the slip and fall, despite her exercise of ordinary care.

23.

Defendant Publix is indebted to the Plaintiff for past, present and future treatment expenses; past, present and future pain and suffering; past, present and future loss of ability to enjoy life; lost wages; expenses of litigation and all other damages allowed by Georgia law.

24.

The slip and fall was a reasonably foreseeable result of the Hazardous Condition.

25.

The Hazardous Condition proximately caused the slip and fall.

WHEREFORE, Plaintiff prays and respectfully demands as follows:

(a) that a jury trial be had on all issues;

(b) that judgment be awarded for Plaintiff against Defendants for general damages in an amount to be determined by the enlightened conscience of a fair and impartial jury;

(c) that judgment be awarded for Plaintiff against Defendants for those

special damages proven at trial;

(d) that Defendants be required to pay all expenses of litigation, including reasonable attorney fees; and

(e) that the Court grant such other relief as this Court may deem fair and reasonable.

This 4th day of June, 2024.

Respectfully submitted,

/s/ James Berrigan
James C. Berrigan
Georgia Bar No. 156890
Attorney for Plaintiff

Monge & Associates
8205 Dunwoody Place
Building 19
Atlanta, Georgia 30350
(770) 755-1894
jamesb@monge.lawyer

ID# E-SDM35CN4-5U5
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**24-A-2711**

## General Civil and Domestic Relations Case Filing Information Form

☐ **Superior or** ☑ **State Court of** Cobb **County**

JUN 04, 2024 02:10 PM

Robin C. Bishop
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

**For Clerk Use Only**

**Date Filed** 06-04-2024 **MM-DD-YYYY** **Case Number** 24-A-2711

**Plaintiff(s)**

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Sessa, Patricia | | | | |
| | | | | |
| | | | | |
| | | | | |

**Defendant(s)**

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Publix Super Markets, Inc. | | | | |
| | | | | |
| | | | | |
| | | | | |

**Plaintiff's Attorney** Berrigan, James **Bar Number** 156890 **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

__________ **Case Number** __________ **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

__________ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

ID# E-SDM35CN4-MC2
ID# J-QCJUJZZY-B5H
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
24-A-2711
JUN 13, 2024 01:27 PM
Robin C. Bishop
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# [redacted]'S ENTRY OF SERVICE

Civil Actio[redacted] 24-A-2711

Date Filed [redacted]

Superior Court ☐ Magistrate Court ☐
State Court ☒ Probate Court ☐
Juvenile Court ☐

Georgia, COBB COUNTY

Sessa, Patricia

Plaintiff

VS.

Publix Super Markets, Inc.

Defendant

Garnishee

KEEP

COBB COUNTY, GA
FILED IN OFFICE
2024 JUN 13 AM 10: 18
ROBIN C. BISHOP
STATE COURT CLERK-20

Attorney's Address **Berrigan, James**
**Monge & Associates**
**8205 Dunwoody Pl**
**Building 19**
**Atlanta, GEORGIA 30350-**

Name and Address of Party to be Served.
**Publix Super Markets, Inc.**
**2985 Gordy Parkway, 1st Floor**
**Marietta, GEORGIA 30066**

SHERIFF'S ENTRY OF SERVICE

PERSONAL ☐ I have this day served the defendant ______ personally with a copy of the within action and summons.

NOTORIOUS ☐ I have this day served the defendant ______ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of ______ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

CORPORATION ☒ Served the defendant Publix Super Markets Inc a corporation by leaving a copy of the within action and summons with Pamela Jordan in charge of the office and place of doing business of said Corporation in the County Corporate Creations Network

TACK & MAIL ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

NON EST ☐ Diligent search made and defendant ______ not to be found in the jurisdiction of this court.

This 12 day of June, 2024

[signature]
Deputy
#05051

COURT COPY